UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


Cristian David Fernandez Gamarra


     v.                                 Case No. 26-cv-355-PB-TSM

David Wesling, Acting Field Officer Director,
U.S. Customs and Immigration Enforcement, et al.


ORDER

On May 15, 2026, I ordered the government to afford Cristian David Fernandez Gamarra a bond hearing under 8 U.S.C. § 1226(a). Doc. 7. In its subsequent status report, the government represents that Fernandez Gamarra received a bond hearing on May 26, 2026, at which an immigration judge granted bond. Doc. 8. Because Fernandez Gamarra has received his requested relief, his petition shall be dismissed unless he shows cause why it should not be within seven days.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

May 29, 2026

cc: Counsel of Record