# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Cristian David Fernandez Gamarra**

     v.                                                  Case No. 26-cv-355-PB-TSM

**David Wesling, Acting Field Office Director,**
**U.S. Customs and Immigration Enforcement, et al.**

## ORDER

After the government notified the Court that Cristian David Fernandez Gamarra received the bond hearing he sought on May 26, 2026, <u>see</u> Doc. 8, I ordered Fernandez Gamarra to show cause within seven days why his petition should not be dismissed. Doc. 9. Fernandez Gamarra has not responded to that order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/  Paul Barbadoro
Paul J. Barbadoro
United States District Judge

June 8, 2026

cc:    Counsel of Record